JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| ANNA KLEMMENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. 2:19-cv-06472-RGK-RAO<br><br>[**PROPOSED**] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>Judge: R. Gary Klausner<br>Ctrm: 850, 8th Floor<br><br>Complaint Filed: July 25, 2019 |

Based upon the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-06472-RGK-RAO, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: November 8, 2019

_____
Hon. R. Gary Klausner
United States District Court Judge